UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB E. GARCIA,<br><br>               Petitioner,<br><br>     v.<br><br>SUZAN HUBBARD, Director, et al.,<br><br>               Respondent. | Case No. CV 09-8253-JAK (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: September 6, 2011                       _____

                                                           HONORABLE JOHN A. KRONSTADT<br>                                                           UNITED STATES DISTRICT JUDGE