JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB E. GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>SUZAN HUBBARD, Director, et al.,<br><br>    Respondent. | Case No. CV 09-8253-JAK (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 6, 2011

_____

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE